## Dorothy PENDERGRASS, Appellant, v. STATE of Texas, Appellee.

### No. 22042.

Court of Criminal Appeals of Texas.

Feb. 18, 1942.

Simpson & Parker, of Fort Worth, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Murder is the offense; the punishment, five years in the state penitentiary.

Appellant has filed her affidavit advising this court that she does not further desire

**1024**

to prosecute her appeal, and prays that the appeal be dismissed.

The appeal is dismissed at the request of appellant.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.